UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMA C. WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>SF MARKETS, LLC d/b/a SPROUTS FARMERS MARKET; SFM, LLC; SUNFLOWER FARMERS MARKETS, LLC, a foreign corporation d/b/a SPROUTS FARMERS MARKET; DOES I through X; DOE EMPLOYEES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01467-JCM-EJY<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Protective Order (ECF No. 12). The proposed Protective Order fails to address the unauthorized or inadvertent disclosure of attorney client or other confidential materials and any procedures applicable to the same.

Accordingly, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order (ECF No. 12) is DENIED without prejudice. The parties are advised to file a revised proposed stipulated protective order correcting the deficiencies identified above.

DATED this 13th day of January, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE