1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
   Lisa Szyc, Esq.
2  Nevada State Bar No. 11726
   **BACKUS | BURDEN**
3  3050 South Durango Drive
   Las Vegas, NV 89117
4  T: (702) 872-5555
   F: (702) 872-5545
   JBurden@backuslaw.com
5  *Attorneys for Defendants,*
   *SF Markets, LLC d/b/a Sprouts*
6  *Farmers Market; SFM, LLC; and*
   *Sunflower Farmers Markets, LLC*
7  *d/b/a Sprouts Farmers Market*

8  **UNITED STATED DISTRICT COURT**
   **DISTRICT OF NEVADA**

9  RAYMA C. WRIGHT, an individual.            2:22−cv−01467−JCM−EJY

10             Plaintiff,
        vs.
11                                              **STIPULATION AND ORDER RE**
   SF MARKETS, LLC d/b/a SPROUTS                **DISMISSAL WITH PREJUDICE**
12 FARMERS MARKET; SFM, LLC;
   SUNFLOWER FARMERS MARKETS,
13 LLC, a foreign corporation d/b/a
   SPROUTS FARMERS MARKET; et al.,+

14             Defendants.

15      Plaintiff RAYMA C. WRIGH, by and through her counsel of record HENNESS & HAIGHT

16 and Defendants SF Markets, LLC d/b/a Sprouts Farmers Market; SFM, LLC; and Sunflower

17 Farmers Markets, LLC d/b/a Sprouts Farmers Market by and through its counsel of record BACKUS |

18 BURDEN hereby stipulate to dismiss all claims that have been brought and/or could have been brought in

   the above titled litigation *with* prejudice.

19      This dismissal *does* completely resolve this entire matter.

20      Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own

21 attorneys' fees and costs.

22

23

It is hereby requested that the telephonic status hearing regarding settlement of July 8, 2024 be **VACATED**.

| | |
|---|---|
| **HENNESS & HAIGHT** | **BACKUS | BURDEN** |
| /s/ Genevieve Romand | /s/ Jack P. Burden |
| Genevieve Romand, Esq. | Jack P. Burden, Esq. |
| Nevada Bar No. 13235 | Nevada Bar No. 6918 |
| 8972 Spanish Ridge Avenue | Lisa Szyc, Esq. |
| Las Vegas, Nevada 89148 | Nevada State Bar No. 11726 |
| T: 702-862-8200 | 3050 South Durango Drive |
| F: 702-862-8204 | Las Vegas, NV 89117 |
| genevieve@hennessandhaight.com | Tel.: (702) 872-5555 |
| *Counsel for Plaintiff* | Fax: (702) 872-5545 |
| | Email: jackburden@backuslaw.com |
| | *Counsel for Defendants* |

### ORDER - 2:22−cv−01467−JCM−EJY

**IT IS HEREBY ORDERED** that all claims that have been brought and/or could have been brought by Plaintiff against Defendants in the above-titled litigation are DISMISSED *WITH* PREJUDICE. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein. status hearing regarding settlement of July 8, 2024 is HEREBY VACATED.

DATED July 3, 2024.

_____
U.S. DISTRICT JUDGE

Respectfully Submitted,
**BACKUS | BURDEN**
By:   /s/ Jack Burden
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendants*